

## ORDERED in the Southern District of Florida on November 12, 2015.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                           CASE NO: 13-20229-BKC-LMI
Walter Oswaldo Baiza                             CHAPTER 13
Caridad Regina Baiza,
          DEBTOR(S).
_____/

ORDER GRANTING EX-PARTE MOTION TO WITHDRAW TRUSTEE'S REPORT OF NON-COMPLIANCE (ECF #48) AND VACATE ORDER DISMISSING CASE (ECF #49)

   THIS CASE came on before the Court ex-parte and it is
   ORDERED as follows:
   1. The Trustee's Ex-Parte Motion is granted.
   2. The Trustee's Report of Non-Compliance (ECF #48) is hereby withdrawn.
   3. The Order Dismissing the Case (ECF #49) shall be vacated and the case to proceed in the normal course.

                               ###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to debtor(s) and debtor(s) attorney immediately upon receipt thereof.